1

**EXHIBIT A**

2  RICHARD ALEXANDER, Cal. Bar #48432
   JEFFREY W/ RICKARD, Cal. Bar #125180
3  RYAN M. HAGAN, Cal Bar #200850
   ALEXANDER, HAWES & AUDET, LLP
4  152 North Third Street, Suite 600
   San Jose, CA 95112
5  Telephone:  (408) 289-1776
   Facsimile:   (408) 287-1776
6  **Attorneys for Plaintiff(s)**                        **E–FILED  8/11/2005**

7  RANDALL C. CREECH, Cal. Bar #65542
   CREECH, LIEBOW & KRAUS
8  333 West San Carlos Street
   Suite 1600
9  San Jose, CA  95110
   Telephone:  (408) 993-9911
10 Facsimile:   (408) 993-1335

11 THOMAS M. CARNEY, admitted *pro hac vice*
   CAROL A. RUTTER, admitted *pro hac vice*
12 HUSCH & EPPENBERGER, LLC
   190 Carondelet Plaza, Suite 600
13 St. Louis, MO  63105-3441
   Telephone:  (314) 480-1500
14 Facsimile:   (314) 480-1505
15 **Attorneys for Defendant Olin Corporation**

16            UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
17

18 JAMES BAILEY AND                  )   Case No.: C 03-01649  RMW
   MICHELE BAILEY,                   )
                                     )   **STIPULATION FOR DISMISSAL WITH**
19                                   )   **PREJUDICE OF DEFENDANT OLIN**
          Plaintiffs,               )   **CORPORATION BY PLAINTIFFS**
20                                   )   **JAMES BAILEY AND MICHELE**
                                     )   **BAILEY**
21 v.                                )
                                     )
22 OLIN CORPORATION, et al.,         )
                                     )
23         Defendants.               )

24

25       Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs James Bailey and Michele Bailey and

26

27 Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P.

28 41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiffs James

2055263.01
**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs**
**James Bailey and Michele Bailey - 1**

1   Bailey and Michele Bailey as to defendant Olin Corporation. All parties to bear their own

2   costs and legal fees incurred to date in this action.

3   Dated: _____8/4/05_____

4

5                           Respectfully submitted,

6

7                           ALEXANDER, HAWES & AUDET, LLP

8                           By: _____

9                              RICHARD D ALEXANDER, Cal. Bar #48432
                              JEFFREY W/ RICKARD, Cal. Bar #125180

10                          RYAN M. HAGAN, Cal Bar #200850
                          152 North Third Street, Suite 600

11                          San Jose, CA 95112
                          Telephone:  (408) 289-1776

12                          Facsimile:  (408) 287-1776

13                         Attorneys for Plaintiffs James Bailey and Michele Bailey

14

15                         HUSCH & EPPENBERGER, LLC

16

17                         By: _____/s/ Carol A. Rutter_____
                              THOMAS M. CARNEY, admitted *pro hac vice*

18                          CAROL A. RUTTER, admitted *pro hac vice*
                          190 Carondelet Plaza, Suite 600

19                         St. Louis, MO  63105-3441
                          Telephone:  (314) 480-1500

20                         Facsimile:  (314) 480-1505

21                         RANDALL C. CREECH, Cal. Bar #65542
                         CREECH, LIEBOW & KRAUS

22                         333 West San Carlos Street
                         Suite 1600

23                         San Jose, CA  95110
                         Telephone:  (408) 993-9911

24                         Facsimile:  (408) 993-1335

25                         Attorneys for Defendant Olin Corporation

26

27

28

2055263.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs
James Bailey and Michele Bailey - 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| JAMES BAILEY AND MICHELE BAILEY, | Case No.:  C 03-01649 RMW |
| Plaintiffs, | **ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFFS JAMES BAILEY AND MICHELE BAILEY** |
| v. | |
| OLIN CORPORATION, et al., | |
| Defendants. | |

THIS MATTER coming on the motion of Plaintiffs James Bailey and Michele Bailey and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiffs James Bailey and Michele Bailey's claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005      *Ronald M. Whyte*

2055263.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs James Bailey and Michele Bailey - 3**